PRECISION PRODUCTS, INC. *v.* MIDLAND
ROSS CORPORATION
(4346)

HULL, BORDEN and DALY, Js.

Argued November 14—decision released November 17, 1986

*Francis G. Pennarola,* for the appellant (defendant).

*James R. Greenfield,* with whom was *Dean W. Baker,* for the appellee (plaintiff).

PER CURIAM. There is no error.